No. 10–9959. CREAGER v. WEST VIRGINIA. Cir. Ct. Berkeley County, W. Va. Certiorari denied.

No. 10–9982. ARCHIBEQUE v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–10004. NUNES v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 10–10005. DAVIS v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 10–10022. BENTON v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–10024. BACON v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–10042. HOLMES v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 10–10096. WOODWARD v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 10–10104. BOTANY v. HUIBREGTSE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–10120. SMITH v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 10–10156. ALLEN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–10163. BURGIN v. LAHAYE ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–10172. COADES v. COURT OF COMMON PLEAS OF PENNSYLVANIA, CHESTER COUNTY, NUMBERS 0–190–197 APRIL TERM 1976. C. A. 3d Cir. Certiorari denied.

No. 10–10224. NESBITT v. HOUSTON, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 8th Cir. Certiorari denied.